UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ROCA CHRISTIAN COMMUNITIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH MUTUAL INSURANCE CO., <br><br> Defendant. | Case No. 3:20-cv-1324-JO-BGS <br><br> **ORDER GRANTING IN PART PARTIES' JOINT MOTION TO EXTEND CERTAIN DEADLINES** <br><br> [ECF 53] |

On February 3, 2022, the parties filed a Joint Motion to Extend Certain Deadlines in the Scheduling Order. (ECF 53.[1]) The parties move to extend the deadline to serve rebuttal expert reports (damages only) and the expert discovery deadline (damages only) to March 22, 2022 and April 19, 2022 respectively. (*Id.* at 9.) The parties also move the extend the fact discovery deadline to February 28, 2022 for the limited purpose of deposing La Roca's Rule 30(b)(6) witness. (*Id.*)

---

[1] Defendant filed notices of withdrawal as to a February 2, 2022 Joint Motion and Supporting declaration based on improper filing in CM/ECF. (ECF 49-50 (prior filings), 51-52 (notices of withdrawal).) The Court finds those filings are withdrawn and rules on the subsequent Joint Motion with supporting declarations. (ECF 53.)

The Joint Motion indicates that the parties need additional time to conduct discovery regarding La Roca's sale and lease back of the property and La Roca's claim that Church Mutual's denial of coverage caused such financial hardship that La Roca was forced to sell its property and lease it back. (*Id.* at 8.) The parties indicate that since the last extension, La Roca has provided two document productions related to La Roca's consequential damages claim, on January 11, 2022 and January 31, 2022. (Id. at 7-8.) Additionally, Church Mutual has deposed La Roca's claims-handling expert and the parties have scheduled La Roca's Rule 30(b)(6) witness for deposition on February 17, 2022. (*Id.*) The parties indicate they need an additional forty days based on the parties' ongoing efforts to complete discovery regarding La Roca's sale and lease back of the property and La Roca's consequential damages claim. (*Id.* at 8.)

The Court previously granted the parties an extension of the deadline for the parties to serve rebuttal damages expert reports and complete expert discovery regarding damages based on changed circumstances — La Roca's sale of and lease back of the building.[2] (ECF 43, 45.) No other deadlines in the Scheduling Order were modified. (ECF 45.)

The Joint Motion is **GRANTED in part** as follows. The Court grants Defendant leave to take the Rule 30(b)(6) deposition of La Roca as scheduled on February 17, 2022. The deadline for the parties to serve rebuttal expert reports (damages only) is extended to **March 14, 2022**. The deadline for expert discovery (damages only) is extended to **April 4, 2022**.

**IT IS SO ORDERED.**

Dated:  February 9, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge

---

[2] The parties have received two other extensions of deadlines unrelated to the sale and lease back and La Roca's consequential damages claim. (ECF 28, 40)