UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA ROCA CHRISTIAN COMMUNITIES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHURCH MUTUAL INSURANCE CO., <br><br> Defendant. | Case No. 3:20-cv-1324-JO-BGS <br><br> **ORDER GRANTING IN PART PARTIES' JOINT MOTION FOR CONTINUANCE OF THE MANDATORY SETTLEMENT CONFERENCE** <br><br> [ECF 55] |

On March 29, 2022, the parties filed a Joint Motion for Continuance of the Mandatory Settlement Conference currently set for April 27, 2022 to a date in July 2022. (ECF 55.) The Joint Motion indicates that because of the significance of an anticipated ruling on Church Mutual's Motion for Certification of Interlocutory Appeal (ECF 42) on Church Mutual's assessment of its liability in this case, the parties believe the MSC will not be productive at this time. (*Id.* at 3.)

The Joint Motion is **GRANTED in part**. The April 27, 2022 MSC is **VACATED**. Within three days of a ruling on the pending Motion for Certification of Interlocutory Appeal (ECF 42), the parties must contact Judge Skomal's Chambers. Prior to contacting Judge Skomal's chambers, the parties must meet and confer and

identify multiple dates when everyone required to participate in the MSC (*see* ECF 21 ¶ 11) is available for a continued MSC.

**IT IS SO ORDERED.**

Dated: April 1, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge