UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| La Roca Christian Communities International, Inc.,<br><br>                                   Plaintiff,<br><br>v.<br><br>Church Mutual Insurance Co.,<br><br>                                   Defendant. | Case No.:  20cv1324-JO-BGS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL COMPLAINT** |

Plaintiff filed a motion for leave to file a supplemental complaint.  Dkt. 63.  The Court held oral argument on the motion on August 31, 2022.  For the reasons stated on the record during the oral argument, the Court GRANTS the motion.  Plaintiff may file the supplemental complaint on or before September 2, 2022.

**IT IS SO ORDERED**.

Dated:  August 31, 2022

_____
Honorable Jinsook Ohta
United States District Judge